THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State, Respondent,
 
 
 

v.

 
 
 
 Latisha
 Lee Cochran, Appellant.
 
 
 

Appeal From Florence County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2012-UP-310
Submitted April 2, 2012 – Filed May 16, 2012    

AFFIRMED

 
 
 
 Appellate
 Defender Elizabeth A. Franklin-Best, of Columbia, for Appellant.
 Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Harold M. Coombs Jr.,  all of Columbia; and Solicitor E.L. Clements III, of
 Florence, for Respondent.
 
 
 

PER
 CURIAM: Latisha
 Lee Cochran appeals her conviction of armed robbery, arguing the trial court
 erred in admitting a purported confession given under inherently coercive
 circumstances.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Dye, 384 S.C. 42,
 46, 681 S.E.2d 23, 26 (Ct. App. 2009) ("On review, the [trial] court's
 conclusions on issues of fact as to the voluntariness of a confession will not
 be disturbed unless so manifestly erroneous as to show an abuse of
 discretion."); State v. Pittman, 373 S.C. 527, 566, 647 S.E.2d 144,
 164 (2007) (holding the voluntariness of a confession is determined based on
 "the totality of the circumstances surrounding the defendant's giving the
 confession" (citation omitted)); Schneckloth v. Bustamonte, 412
 U.S. 218, 226 (1973) (holding the totality of the circumstances includes "both
 the characteristics of the accused and the details of the interrogation").  
AFFIRMED.
FEW,
 C.J., HUFF and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.